**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00878-CR

### MARIO LOPEZ JUCUP, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-55339-R**

## ORDER

Appellant's May 18, 2014 motion to extend the time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
JUSTICE